UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| BARBARA WATERS, et al.,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>WALMART, INC.,<br><br>　　　　Defendant. | Case No. 5:20-cv-05664 NC<br><br>**SUA SPONTE JUDICIAL REFERRAL FOR PURPOSES OF DETERMINING RELATIONSHIP OF CASES** |

In accordance with Civil Local Rule 3-12(c), IT IS HEREBY ORDERED that the above captioned case is referred to District Judge Edward J. Davila to determine whether it is related to 5:09-cv-03339 EJD, *Nisha Brown, et al. v. Wal-Mart, Inc.*.

IT IS SO ORDERED.

Date: August 17, 2020

　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　Nathanael M. Cousins
　　　　　　　　　　　　　　　　　United States Magistrate Judge

Case No. 20-cv-05664 NC
SUA SPONTE JUDICIAL REFERRAL
RE: RELATING CASES